AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GERARDO PANDO-SOLIS a/k/a JERARDO PANDO, a/k/a GERALDO PANDO, a/k/a GERRADO PANDO, a/k/a GERALDO SOLES, a/k/a JULIO SOLIS, a/k/a JULIO SOLIS-SOTO, a/k/a TRAVISO PANDO, a/k/a TRAVISO SHREK, | ) ) ) ) ) ) | Case No. 22-cr-00121-RM |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GERARDO PANDO-SOLIS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. § 1326(a); (b)(1); Illegal re-entry of a removed alien subsequent to a felony conviction

Date: 04/06/2022

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*